463 A.2d 41

Commonwealth, Appellant v. McNeil.
Petition for Allowance of Appeal
Granted Jan. 20, 1984.

Submitted April 21, 1983. Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellant; Burton A. Rose, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.